## RECONSIDERATION DOCKET

**98–664. Cincinnati Bar Assn. v. Adjustment Serv. Corp.**
Reported at 89 Ohio St.3d 385, 732 N.E.2d 362. On motion for reconsideration. Motion denied.

**98–666. Cincinnati Bar Assn. v. Fuqua.**
Reported at 89 Ohio St.3d 385, 732 N.E.2d 362. On motion for reconsideration. Motion denied.

**99–1107. State v. Homan.**
Erie App. No. E–97–100. Reported at 89 Ohio St.3d 421, 732 N.E.2d 952. On motion for reconsideration, *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by Ohio Municipal Attorneys Association, *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by Ohio Attorney General Betty D. Montgomery, *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by Mothers Against Drunk Driving, and *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by Ohio Prosecuting Attorneys Association et al. The above motions fail for want of four votes on the following vote:

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., vote no.

DOUGLAS, COOK and LUNDBERG STRATTON, JJ., vote yes.

RESNICK, J., not participating.

**99–2158. In re Adoption of Asente.**
Trumbull App. Nos. 99–T–0055, 99–T–0056, 99–T–0057 and 99–T–0058. Reported at 90 Ohio St.3d 91, 734 N.E.2d 1224. On motion for reconsideration. Motion denied.

**00–696. State ex rel. Montgomery v. Bolt–Meredith.**
In Mandamus. Reported at 89 Ohio St.3d 1475, 733 N.E.2d 250. On motion for reconsideration. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.